**DISMISS and Opinion Filed March 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01574-CV

### CALIFCO, LLC, Appellant
### V.
### DONALDSON PROPERTIES LTD. AND DONALDSON EXCHANGE, LLC, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11972-K**

## MEMORANDUM OPINION
Before Justices Myers, Evans, and Brown
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss appeal by agreement. Appellant has informed the Court that the parties have agreed to the dismissal of the appeal with prejudice. Accordingly, we grant appellant's motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/ Lana Myers/
LANA MYERS
JUSTICE

141574F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CALIFCO, LLC, Appellant

No. 05-14-01574-CV      V.

DONALDSON PROPERTIES LTD. AND
DONALDSON EXCHANGE, LLC,
Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-11972-K.
Opinion delivered by Justice Myers.
Justices Evans and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED with prejudice**.

Subject to any agreement between the parties, it is **ORDERED** that appellees DONALDSON PROPERTIES LTD. AND DONALDSON EXCHANGE, LLC recover their costs of this appeal from appellant CALIFCO, LLC.

Judgment entered this 31st day of March, 2015.